Dec 16 2015 01:46pm          P001



## COURT OF APPEALS CAUSE NO. 04-15-00697-CV

## TRIAL COURT CAUSE NO. CV-15-0000318

| | | |
|---|---|---|
| Janette Suzanne Clark, Appellant | § | FOURTH COURT OF APPEALS |
| v. | § | 300 Dolorosa, Suite 3200 |
| Samuel David Clark, Appellee | § | San Antonio, Texas78205-3037 |

### Motion to Dismiss Cause No. 04-15-00697-CV

Since Appellant, though well below the U.S. Poverty Guidelines of indigence, has been denied indigent status by the 198th District Trial Court, Appellant wishes to dismiss her appeal. She further begs for mercy from the Trial Court and the Appellate Court to reduce or dismiss the costs accrued by her appeal and in the case of no dismissal, she requests small monthly payments be allowed to pay the fees incurred. Appellant cannot procure proper council because of her indigent status and is unable to represent herself due to inadequate knowledge and long standing health issues. Appellant would like to state that she is not guilty of the accusations of Appellee and that she wishes never to have any contact with him again.

Respectfully submitted,

December 16, 2015

Pro Se Appellant

Cc:

Samuel David Clark

By USPS

198th District Court

By Fax